

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-27-2005

# In Re: Desamour

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1666

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Desamour " (2005). *2005 Decisions.* Paper 1119.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1119

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1666
_____

IN RE:  REYNOLDO DESAMOUR,
Petitioner
_____

On Petition for a Writ of Mandamus from the
United States District Court for the
Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 89-cr-00389-6)

_____

Submitted Under Rule 21, Fed. R. App. P.
March 11, 2005
Before: CHIEF JUDGE SCIRICA, WEIS AND GARTH, CIRCUIT JUDGES

Filed:  May 27, 2005

_____

OPINION

_____

PER CURIAM.

Reynoldo Desamour has filed a mandamus petition pursuant to 28 U.S.C.

§ 1651, seeking to compel the District Court for the Eastern District of Pennsylvania to

rule on his motion filed pursuant to Fed. R. Civ. P. 60(b).  It appears that the District

Court has recently entered an order disposing of his Rule 60 motion.  Accordingly, the

petition for a writ of mandamus will be denied as moot.  Desamour may, of course,

challenge the District Court's disposition of his Rule 60(b) motion by filing a timely notice of appeal in accordance with the dictates of Rules 3 and 4 of the <u>Federal Rules of Appellate Procedure</u>.